

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00372-CV

_____

CHARLES JACKSON, Appellant

V.

LCB DEALER MANAGEMENT, LLC D/B/A LIPSCOMB CHEVROLET, LP,
Appellee

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. 178,964-A

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Counsel for Appellant Charles Jackson has filed "Appellant's Motion for Voluntary Dismissal of Appeal." The motion states that Appellant Charles Jackson died on May 2, 2020, and Appellant's son, Joshua Shane Jackson-Gustoson, was appointed temporary administrator of Charles Jackson's estate. It is signed by counsel of record and Joshua Shane Jackson-Gustoson and requests that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). The Court, having considered the documents on file and Appellant's motion to dismiss, is of the opinion that the motion should be granted. Appellant's motion is granted, and this appeal is dismissed. Tex. R. App. P. 43.2(f); *see McDougal v. McDougal*, No. 13-07-025-CV, 2007 WL 1159973, at *1 (Tex. App.—Corpus Christi Apr. 19, 2007, no pet.) (per curiam) (mem. op.).

/s/ Dana Womack

Dana Womack
Justice

Delivered: September 3, 2020

2